

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

**ORDER ON MOTION FOR REHEARING**

Appellate case name:          Yolanda Carriere v. Alexandra Riley

Appellate case number:       01-17-00620-CV

Trial court case number:     2014-01958-7

Trial court:                          152nd Judicial District Court of Harris County


     Appellant's motion for rehearing is **denied**.


Judge's signature:     /s/ Michael Massengale
                           Acting for the Court

Panel consists of: Justices Keyes, Bland, and Massengale

Date: August 14, 2018